**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| **IN RE: EDINBURG INVESTMENTS, LLC** | **CHAPTER 11** |
|---|---|
| | **CASE NO. 11-51167** |

**O R D E R**

The above-captioned matter is deficient in the following area(s):

_X_    The petition was filed without certain required schedules and/or statements of financial affairs.

____    The petition was filed without official form B22 (Means Test Calculation).

____    The petition was filed without a certification that he/she has received an approved credit counseling briefing in the 180 day period preceding the filing of the petition or a certification of exigent circumstances.

It is accordingly

**O R D E R E D**

that failure to cure said deficiency(ies) within fourteen (14) days from the date the petition was originally filed, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies), this case may be dismissed without further notice or hearing.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); trustee, and other parties as may be appropriate.

Entered: August 16, 2011

/s/ Ross W. Krumm
**ROSS W. KRUMM, JUDGE**

15daydef(K).frm