**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| In Re: EDINBURG INVESTMENTS, LLC | Case No. 11-51167 |
| Debtor(s) | Chapter 11 |

**NOTICE OF STATUS HEARING**

All creditors and parties in interest are hereby notified, and shall take due notice thereof, that a status hearing in this case will be held on December 15, 2011, at 11:00 AM, at the Harrisonburg Courtroom, 3rd Flr, US Courthouse, 116 N. Main Street, Harrisonburg, VA 22802.

Service of a copy of this notice shall be made by mail to the debtor(s), the attorney for the debtor, the trustee, if any, and all creditors and parties in interest.

Date: August 16, 2011                    For the Court:

                                                          JOHN W. L. CRAIG, II, CLERK

srh.frm